**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03032-BNB

WILLIAM ELLER,

      Petitioner,

v.

PEOPLE OF THE STATE OF COLORADO,

      Respondent.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      On December 21, 2011, Petitioner filed a motion titled "Motion for Extensions. To Compel Respondents" (Doc. No. 3).  The motion to compel respondents is DENIED as premature.

      Petitioner's request for an extension of time is GRANTED, in part.  Petitioner shall have **thirty (30) days from the date of this minute order** in which to cure all the deficiencies as directed in the December 6 Order.  Failure to do so within the time allowed will result in the dismissal of the instant action without further notice.  No further extensions shall be granted without just cause.

Dated:  December 28, 2011